AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
District of Columbia

| United States of America | ) Case: 1:21-mj-00258 |
| v. | ) Assigned to: Judge Faruqui, Zia M |
| Treniss Jewell Evans III | ) Assign Date: 2/24/2021 |
| DOB: XXXXXX | ) Description: COMPLAINT W/ARREST WARRANT |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1512(c)(2) & 2- | Obstruction of Justice/Congress, |
| 18 U.S.C. § 1752(a)(1) & (2) - | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 40 U.S.C. § 5104(e)(2)(D) & (G) - | Violent Entry and Disorderly Conduct on Capitol Grounds. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Robert Mayo, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 02/24/2021

*Judge's signature*

City and state: Washington, D.C.     ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE
*Printed name and title*