NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

    vs.                       Criminal Number   1:21-cr-00225-DLF

TRENISS JEWELL EVANS III

    (Defendant)

TO:  ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA      ☐ RETAINED      ☐ FEDERAL PUBLIC DEFENDER

_____
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Gary E. Mason (DC Bar No. 418073)
*(Attorney & Bar ID Number)*

Mason Lietz & Klinger LLP
*(Firm Name)*

5101 Wisconsin Avenue NW, Suite 305
*(Street Address)*

Washington, D.C. 20016
*(City)     (State)     (Zip)*

(202) 429-2290
*(Telephone Number)*