## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**CASE NO.   21-CR-225**

**TRENISS JEWELL EVANS III,**

**Defendant.**

### MOTION FOR ADMISSION OF ATTORNEY
### ROBBIE L. WARD *PRO HAC VICE*

Pursuant to Criminal Local Rule 44.1(c) & (d), Defendant Treniss Jewell Evans III ("Defendant") moves for the admission and appearance of attorney Robbie L. Ward *pro hac vice* in the above-captioned action. This Motion is supported by the Declaration of Robbie L. Ward, filed herewith. As set forth in Mr. Ward's Declaration, he is admitted and an active member in good standing in Bar of the State of Texas (SBN 24033435) and various federal courts including: The United States District Court for the Northern District of Texas, The United States District Court for the Southern District of Texas, and The United States District Court for the Western District of Texas. This Motion is supported and signed by Gary E. Mason, an active and sponsoring member of the Bar of this Court.

Dated: March 17, 2021

Respectfully submitted,

*/s/ Gary E. Mason*
Gary E. Mason (DC Bar No. 418073)
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, DC 20016
Phone: (202) 429-2290
gmason@masonllp.com

*Local Counsel for Defendant*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March 2021, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using this Court's CM/ECF system, which will serve all counsel of record.

*/s/ Gary E. Mason*
Gary E. Mason (DC Bar No. 418073)

2