IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TRENISS JEWELL EVANS III, <br><br> Defendant. | CASE NO. 21-CR-225 |

**DECLARATION OF ROBBIE L. WARD IN SUPPORT OF
MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Comes now ROBBIE L. WARD, applicant herein, and moves this Court to grant admission to the United States District Court for the District of Columbia *pro hac vice* to represent Defendant TRENISS JEWELL EVANS III, in the above-captioned case, and respectfully shows the Court as follows:

1. Applicant ROBBIE L. WARD is an attorney and a member of the law firm (or practices under the name of):

    ROBBIE L. WARD with offices at:

    Mailing address: 530 LEXINGTON AVENUE

    City, State, Zip Code: SAN ANTONIO, TX 78215

    Telephone: (210) 758-2200

2. Since NOVEMBER 2, 2001, Applicant has been and is presently a member of and in good standing with the Bar of the State of TEXAS. Applicant's Bar License Number is 24033435.

3. Applicant has been admitted to practice and remains in good standing in the following Courts: United States District Court for the Northern District of Texas, United States

District Court for the Southern District of Texas, and United States District Court for the Western District of Texas.

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):  N/A  .

5. I  HAVE  previously applied to appear *pro hac vice* in this District Court.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:  N/A  .

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):  N/A  .

8. Applicant has read and is familiar with the Local Rules of the District Court for the District of Columbia and will comply with the standards of practice set out therein.

9. Applicant does not have an office located in the District of Columbia.

10. Applicant will file an Application for Admission to Practice before the United States District Court for the District of Columbia, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the District of Columbia:

    Co-counsel: Gary E. Mason (DC Bar No. 418073)

    Firm name: Mason Lietz & Klinger LLP

    Mailing Address: 5101 Wisconsin Avenue NW, Suite 305

    City, State, Zip Code: Washington, D.C. 20016

    Phone: (202) 429-2290

WHEREFORE, Applicant prays that this Court enter an Order permitting the admission of <u>ROBBIE L. WARD</u> to the United States District Court for the District of Columbia *pro hac vice* for purposes of this case only.

Dated this 17th day of March 2021.

                                                Respectfully submitted,

                                                ROBBIE L. WARD [Applicant]