IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**TRENISS JEWELL EVANS III,**<br><br>Defendant. | **CASE NO.   21-CR-225** |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY ROBBIE L. WARD *PRO HAC VICE*

The Court has reviewed the Defendant Treniss Jewell Evans' Motion for Admission of Attorney Robbie L. Ward *Pro Hac Vice*. Upon consideration of that Motion and the Declaration of Robbie L. Ward in Support of that Motion, the Court enters the following Order:

**IT IS SO ORDERED** that the Motion for Admission of Attorney Robbie L. Ward *Pro Hac Vice* to appear on behalf of Defendant, Treniss Jewell Evans III in the above-captioned case is **GRANTED.**


SIGNED this _____ day of _____, 20_____.


_____
DISTRICT COURT JUDGE