## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**    Plaintiff,    v.    **TRENISS JEWELL EVANS III,**    Defendant. | Case No. 1:21-CR-00225-DLF |

### MOTION TO WITHDRAW THE APPEARANCE OF GARY E. MASON

Pursuant to Local Criminal Rule 44.5(d), Defendant Treniss Jewell Evans III ("Defendant") moves to withdraw the appearance of Gary E. Mason as counsel on behalf of Defendant due to a conflict of interest. Robbie L. Ward submitted her Motion to Appear as Counsel *Pro Hac Vice* on March 19, 2021 and will remain as counsel of record for Defendant in this matter. Therefore, withdrawal of Gary E. Mason as counsel for Defendant will not delay trial of this case or be unfairly prejudicial to any party.

Dated: March 24, 2021

Respectfully submitted,

*/s/ Gary E. Mason*
Gary E. Mason (DC Bar No. 418073)
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, D.C. 20016
Phone: (202) 429-2290
Fax: (202) 429-2294
gmason@masonllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March 2021, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using this Court's CM/ECF system, which will serve all counsel of record.

/s/ Gary E. Mason
Gary E. Mason (DC Bar No. 418073)