IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** § <br> **Plaintiff,** § <br> § <br> **V.** § **CRIMINAL NO: 1:21-CR-00225-DLF** <br> § <br> § <br> **TRENISS JEWELL EVANS III** § <br> **Defendant.** § | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE UNITED STATES JUDGE FOR THE DISTRICT OF COLUMBIA:**

Please enter my appearance as Counsel in said case for Defendant, TRENISS JEWELL EVANS III.

I certify that I have been admitted to practice Pro Hac Vice in the District of Columbia for the abovementioned cause. My admission to appear Pro Hac Vice for Defendant, TRENISS JEWELL EVANS III was granted on March 25, 2021.

SIGNED this the 29TH day of MARCH 2021.

                                                               Respectfully submitted

                                                                ROBBIE WARD
                                                                SBN: 24033435
                                                                530 Lexington Ave
                                                                 San Antonio, Texas 78215
                                                                Tel: (210) 758-2200

                                                                  _____/s/_____
                                                                ROBBIE WARD

## **CERTIFICATE OF SERVICE**

    I do hereby certify that a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of this Honorable Court using the CM/ECF system which will send notification electronically to CHRISTOPHER BRODIE BROWN, Assistant United States Attorney.

SIGNED on this the 29TH day of MARCH 2021.



                                                      /s/
                                          ROBBIE WARD