IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CRIMINAL NO. 21-CR-225-DLF |
| | § | |
| TRENISS JEWELL EVANS III | § | |
| Defendant. | § | |

## UNOPPOSED MOTION FOR CONTINUANCE

**TO THE HONORABLE DABNEY L. FRIEDRICH, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:**

Now comes Defendant, TRENISS JEWELL EVANS III, by and through his undersigned counsel, and respectfully moves this Honorable Court for an order continuing his scheduled hearing and in support would show the following:

I.

Defendant's STATUS CONFERENCE is scheduled for October 25, 2021 at 10:00 am.

II.

Undersigned Counsel respectfully requests additional time to receive additional discovery from the Government and review it with Mr. Evans.

III.

Undersigned Counsel respectfully requests a 90-day continuance.

IV.

Undersigned counsel has conferred with Christopher Brown, Assistant United States Attorney, regarding this Motion and Mr. Brown is unopposed.

This Motion is made not for the purposes of delay, but that justice may be served.

WHEREFORE, PREMISES CONSIDERED, Defendant, TRENISS JEWELL EVANS III respectfully requests this Honorable Court to grant this Motion for Continuance, and for such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted

ROBBIE L. WARD
530 LEXINGTON AVE
San Antonio, TX 78215
Tel: (210) 758-2200

/s/ ROBBIE WARD
Robbie Ward
State Bar No. 24033435

ATTORNEY FOR DEFENDANT,
TRENISS JEWELL EVANS III

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Unopposed Motion for Continuance was electronically filed with the Clerk of this Honorable Court using the CM/ECF system which will send notification electronically to Christopher Brown, Assistant United States Attorney.

SIGNED on this the 18th day of October 2021.

/s/ Robbie Ward
ROBBIE WARD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| **Plaintiff,** § | |
| § | |
| **V.** § | **CRIMINAL NO. 21-CR-225-DLF** |
| § | |
| **TRENISS JEWELL EVANS III** § | |
| **Defendant.** § | |

## ORDER

On this date came on to be considered Defendant TRENISS JEWELL EVANS' Unopposed Motion for Continuance, and said Motion is hereby

\_\_\_\_\_ GRANTED    \_\_\_\_\_ DENIED.

SIGNED on this the \_\_\_\_\_ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE
DABNEY L. FRIEDRICH