**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 21-cr-225 (DLF)** |
| **v.** | : | |
| | : | |
| **TRENISS JEWELL EVANS, III,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the parties' Joint Motion To Schedule Plea Hearing and To Exclude Time Under Speedy Trial Act,

IT IS ORDERED, that the status hearing currently scheduled for January 22, 2022 at 11:00 a.m. be vacated, and a plea hearing scheduled on January 31, 2022, at _____ a.m./p.m.;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the time period from January 22, 2022 until January 31, 2022, be excluded from computation of time under the Speedy Trial Act in this case, in order to allow the defendant to continue reviewing the voluminous discovery in the case, and to allow the parties to finalize discussions regarding possible resolutions of the case, and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated this _____ day of January, 2022.

_____
HON. DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE