UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-225 (DLF) |
| v. : | |
| : | |
| TRENISS JEWELL EVANS, III, : | |
| : | |
| Defendant. : | |

## NOTICE OF FILING

Pursuant to the Court's January 18, 2022 Minute Order directing "the government (and the defense, if it so chooses)" to provide relevant "video that shows the defendant's actions on January 6, 2021," on January 25, 2022, the government, in consultation with the defense, sent seven videos via USAfx to the Court's chambers and counsel for the defendant.  These videos include CCTV footage showing the defendant entering and exiting the Senate wing of the Capitol and walking through the Crypt, bystander video capturing the defendant inside entering the Senate wing and inside a Senate office, and certain video footage taken by the defendant while inside the Capitol. As directed by the Court, the government will make these videos available to the public through the "'drop box' technical solution" implemented in accordance with Standing Order 21-28.

Respectfully submitted,

MATTHEW M. GRAVES
Acting United States Attorney
D.C. Bar No. 481052

By: /s/ Christopher B. Brown
Christopher B. Brown
Assistant United States Attorney
D.C. Bar No. 1008763
555 Fourth Street, N.W., Room 4241
Washington, DC 20530
Christopher.Brown6@usdoj.gov
(202) 252-7153