UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 1:21-cr-00225-DLF |
| ) | |
| TRENISS JEWELL EVANS III,  ) | |
| ) | |
| Defendant.  ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendant Treniss Jewell Evans III, by and through the undersigned retained counsel, and pursuant to Local Rule 44.5 of the Criminal Rules of Procedure for the Federal District Court of the District of Columbia, hereby respectfully requests this Court Order the substitution of Robbie L. Ward, attorney at law, with the undersigned retained counsel.

The undersigned submits that the substitution of counsel will not unnecessarily delay trial of the case or be unfairly prejudicial to any party, or otherwise not be in the interests of justice.

Date: February 02, 2022              Respectfully Submitted,

*John M. Pierce*
_____
John M. Pierce (*PHV Admitted*)
21550 Oxnard Street
3d Floor, PBM#172
Woodland Hills, CA 91367
Tel: (213) 279-7648
Email: jpierce@johnpiercelaw.com

## **CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, February 02, 2022, I caused a copy of theforegoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce

John M. Pierce