IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>V.<br><br><br>TRENISS JEWELL EVANS III<br>Defendant. | §<br>§<br>§<br>§<br>§ CRIMINAL NO: 1:21-CR-00225-DLF<br>§<br>§<br>§<br>§ |

## NOTICE OF APPEARANCE

TO THE HONORABLE UNITED STATES JUDGE FOR THE DISTRICT OF COLUMBIA:

Please enter my appearance as Lead Counsel in said case for Defendant, TRENISS JEWELL EVANS III.

I certify that I am admitted to practice in this Honorable Court.

SIGNED this the 3rd day of FEBRUARY 2022.

Respectfully submitted

John M. Pierce
John Pierce Law
P: (213) 349-0054
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA
91367

/s/
John M. Pierce

## **CERTIFICATE OF SERVICE**

    I do hereby certify that a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of this Honorable Court using the CM/ECF system which will send notification electronically to CHRISTOPHER BRODIE BROWN, Assistant United States Attorney.

SIGNED on this the 3rd day of February 2022..


John M. Pierce