IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff, § | |
| § | |
| V. § | CRIMINAL NO. 21-CR-225-DLF |
| § | |
| TRENISS JEWELL EVANS III § | |
| Defendant. § | |

## UNOPPOSED MOTION FOR CONTINUANCE

Now comes Defendant, TRENISS JEWELL EVANS III, by and through his undersigned counsel, and respectfully moves this Court for an order continuing his scheduled hearing and in support would show the following:

1. Defendant's Plea Agreement Hearing set for 2/4/2022 at 12:00 PM.

2. Undersigned Counsel respectfully requests additional time to review all discovery specifically for purposes of complying with the court's order to provide all relevant video evidence, which prior counsel did not do.

3. Undersigned counsel has conferred with Christopher Brown, Assistant UnitedStates Attorney, regarding this Motion and Mr. Brown is unopposed.

4. Undersigned Counsel respectfully requests a two week continuance.

5. This Motion is made not for the purposes of delay, but that justice may be served.

WHEREFORE, Defendant respectfully requests this Honorable Court to grant this Motion for Continuance, and forsuch other and further relief as this Honorable Court deems just and proper.

<<< SIGNATURE NEXT PAGE >>>

Respectfully submitted,

\_\_\_/s/_____
John M. Pierce
Managing Partner
John Pierce Law
P: (213) 349-0054
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367

*Attorney For Defendant, Treniss Jewell Evans III*

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Unopposed Motion for Continuance was electronically filed with the Clerk of this Honorable Court using the CM/ECF system which will send notification electronically to Christopher Brown,

Assistant United States Attorney.

SIGNED on this the 2nd day of February 2022.

                                                    Respectfully submitted,

                                                    John M. Pierce
                                                    Managing Partner
                                                    John Pierce Law
                                                    P: (213) 349-0054
                                                    21550 Oxnard Street
                                                    3rd Floor PMB #172
                                                    Woodland Hills, CA 91367

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff, § | |
| § | |
| V. § | CRIMINAL NO. 21-CR-225-DLF |
| § | |
| TRENISS JEWELL EVANS III § | |
| Defendant. § | |

## ORDER

On this date came on to be considered Defendant TRENISS JEWELL EVANS' Unopposed Motion for Continuance, and said Motion is hereby

_____ GRANTED     _____ DENIED.

SIGNED on this the _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE
DABNEY L. FRIEDRICH