CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: CR 21-255 |
| ) | |
| TRENISS EVANS ) | |
| ) | |
| ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Treniss Evans (Jan 19, 2022 15:46 CST)

Defendant

_____

Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____        Date: 3/10/22

Dabney L Friedrich
United States District Judge