UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 21-cr-225 (DLF) |
| | ) | |
| **TRENISS JEWELL EVANS III,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

Pursuant to the Court's January 18, 2022 Minute Order directing "the government (and the defense, if it so chooses)" to provide relevant "video that shows the defendant's actions on January 6, 2021," on March 9, 2022, the defendant, in consultation with the government, sent five videos via Dropbox to the Court's chambers and counsel for the Government. As directed by the Court, the defendant will make these videos available to the public through the "'drop box' technical solution" implemented in accordance with Standing Order 21-28.

Dated: March 10, 2022        /s/ John M. Pierce
                             John M. Pierce
                             21550 Oxnard Street
                             3d Floor, PMB#172
                             Woodland Hills, CA 91367
                             Tel: (213) 279-7846
                             Email: jpierce@johnpiercelaw.com

                             *Attorneys for Defendant Treniss Jewells Evans III*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 10, 2022, this motion and the accompany declaration was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ John M. Pierce
John M. Pierce