# UNITED STATES DISTRICT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 21-cr-225 (DLF) |
| ) | |
| **TRENISS JEWELL EVANS III,** ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION FOR CONTINUANCE

**TO THE HONORABLE DABNEY L. FRIEDRICH, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:**

Now comes Defendant, TRENISS JEWELL EVANS III, by and through his undersigned counsel, and respectfully moves this Honorable Court for an order continuing his scheduled hearing and in support would show the following:

I.

Defendant's Sentencing Hearing is scheduled for May 23, 2022, at 1:00 p.m.

II.

Undersigned Counsel respectfully requests continuance so that Mr. Evans may attend a celebration of his next-door neighbor and friend, who passed away. The celebration is currently schedule for Saturday, May 21, 1:00 p.m. (CST), in San Antonio, Texas.

III.

Undersigned Counsel respectfully requests a 2-week continuance.

IV.

Undersigned counsel has conferred with Christopher Brown, Assistant United States Attorney, regarding this Motion and Mr. Brown is unopposed.

This Motion is made not for the purposes of delay.

WHEREFORE, PREMISES CONSIDERED, Defendant, TRENISS JEWELL EVANS III respectfully requests this Honorable Court to grant this Motion for Continuance, and for such other and further relief as this Honorable Court deems just and proper.

Dated: April 20, 2022         /s/ John M. Pierce
                              John M. Pierce
                              21550 Oxnard Street
                              3d Floor, PMB#172
                              Woodland Hills, CA 91367
                              Tel: (213) 279-7846
                              Email: jpierce@johnpiercelaw.com

                              *Attorneys for Defendant Treniss Jewells Evans III*

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on April 20, 2022, this motion and the accompany declaration was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

                                              /s/ John M. Pierce
                                              John M. Pierce

# UNITED STATES DISTRICT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 21-cr-225 (DLF) |
| ) | |
| **TRENISS JEWELL EVANS III,** ) | |
| ) | |
| Defendant. ) | |

## <u>ORDER</u>

On this date came on to be considered Defendant TRENISS JEWELL EVANS' Unopposed Motion for Continuance, and said Motion is hereby

GRANTED    DENIED.

SIGNED on this the ___ day of _____, 2021.

_____
HONORABLE DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE