UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 1:21-cr-00225-DLF-1 |
| v. | : | |
| | : | |
| TRENISS JEWELL EVANS III, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Trial Attorney Francesco Valentini, detailed to the United States Attorney's Office for the District of Columbia.  Please remove Christopher B. Brown as counsel of record and from the electronic notification process.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        UNITED STATES ATTORNEY
                                        D.C. Bar No. 481052

By:    */s/ Francesco Valentini*
            Francesco Valentini
            D.C. Bar No. 986769
            Trial Attorney
            United States Department of Justice, Criminal Division
            Detailed to the D.C. United States Attorney's Office
            601 D Street NW
            Washington, D.C.  20530
            (202) 598-2337
            francesco.valentini@usdoj.gov

## CERTIFICATE OF SERVICE

    I certify that, on April 25, 2022, an electronic copy of the foregoing was served on counsel for the defendant via the Court's ECF system.

                                              */s/ Francesco Valentini*
                                              Francesco Valentini