# GOVERNMENT EXHIBIT 1

**From:** treniss8000 <treniss8000@gmail.com>
**Sent:** 12/12/2020 3 09 03 PM  0500
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Canyon Lake Resident

I want in and I am in Washington DC staying at the Marriott at Freedom Plaza. 210-▮▮▮-▮▮▮▮

Sent from my T Mobile 4G LTE Device

---

**X-Gmail-Labels:** Sent
**Return-Path:** <treniss8000@gmail.com>
**Received:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Sat, 12 Dec 2020 12:09:04 -0800 (PST)
**Message ID:**  5fd52360 1c69fb81 a0afb 3d5f@m   google com
**SavedFromEmail:** treniss8000@gmail.com
**Importance:** normal
**MIME-Version:** 1.0
**Content Type:** multipart/alternative; boundary "   com   am  ung android email  672775948933440"