# GOVERNMENT EXHIBIT 4

| | |
|---|---|
| From: | treniss8000 <treniss8000@gmail.com> |
| Sent: | 12/15/2020 10 54 09 AM  0500 |
| To: | |
| Subject: | Funding Opportunity |

PLEASE contact me. I am willing to outfit one of your righteous men who need gear while in town. I am going to surplus store today. Let me help this cause of Patriots keeping our citizens and streets safe!  I was in the streets of DC with Philly, Chicago and El Paso members getting some. I will be here this week doing campaign work during the day, Please let me know if there's anything I can do to help. I can point you to multiple people who will quickly vet me as a supporter. Bless you for what you do!

Treniss Evans
210-

Sent from my T Mobile 4G LTE Device

---

| | |
|---|---|
| X-Gmail-Labels: | Deleted,Trash |
| Return-Path: | <treniss8000@gmail.com> |
| Received: | Tue, 15 Dec 2020 07 54 10  0800 (PST) |
| Message-ID: | <5fd8dc22.1c69fb81.e4a10.ebb9@mx.google.com> |
| SavedFromEmail: | treniss8000@gmail.com |
| Importance: | normal |
| MIME Ver ion | 1 0 |
| Content-Type: | multipart/alternative; boundary="--_com.samsung.android.email_2511079584668640" |