# GOVERNMENT EXHIBIT 5

# VIDEO EXHIBIT ON FILE WITH THE COURT