# GOVERNMENT EXHIBIT 6

# VIDEO EXHIBIT ON FILE WITH THE COURT