# GOVERNMENT EXHIBIT 7

**VIDEO EXHIBIT ON FILE WITH THE COURT**