# GOVERNMENT EXHIBIT 8

**VIDEO EXHIBIT ON FILE WITH THE COURT**