# GOVERNMENT EXHIBIT 9

# VIDEO EXHIBIT ON FILE WITH THE COURT