# GOVERNMENT EXHIBIT 10

# VIDEO EXHIBIT ON FILE WITH THE COURT