# GOVERNMENT EXHIBIT 11

← Post

| Log In | Create Account |



**Treniss Evans**
@Patriotprophet · October 17, 2021

Interesting how Japanese reporters see it, showing J6 was not sedition but a protest that had some rioters. They further note what many have said previously comparong other protestors in the past; feminists, Kavanaugh etc. I am pretty sure most January 6th protestors were protestors who made bad decisions to trespass into the Capitol largely because police were not even telling them not to much less attempting to stop them. The sad reality is many made a bad decision to trespass to see the history in action of massive never before seen election protests in The United States. One would question why only US reports it is more than an out of control protest where most inside did little more than protest and trespass peacefully and nondestructively.

#january6th #j6



The site uses cookies.
Learn More

**Was the Capitol riot sedition? Just read the law**

In many nations, the threat of sedition prosecutions has been used to criminalize dissent — to intimidate, and even imprison people who object to what the government is doing.

🔗 www.japantimes.co.jp

Posted on 12:50 PM · Oct 17th, 2021

**2** Likes

   

 **Dawn Ganey** @ddganey · October 21, 2021
Replying to @Patriotprophet

 THIS IS ABOUT GOING AFTER TRUMP: Jim Jordan Slams DEMOCRATS Over Bannon Contempt Charges!
🔗 www.youtube.com

 0    0    0   

No more replies

The site uses cookies.
Learn More