# GOVERNMENT EXHIBIT 12

2/3/22, 9:40 AM    Treniss Evans on GETTR: YES I WAS AT THE CAPITOL JA...

Case 1:21-cr-00225-DLF   Document 40-12   Filed 05/16/22   Page 2 of 3

← **Post**

| Log In | Create Account |



**Treniss Evans**
@Patriotprophet · November 28, 2021

YES I WAS AT THE CAPITOL JANUARY 6TH. I need your help to continue to speak publicly.



**GiveSendGo**
Christian Crowdfunding,Christian Crowd funding,Christian Fundraising,Fundraising ideas,Free Fundraising,Fundraisers,Best crowdfunding,Ways to raise money,Crowdfund,Non-profit fundraising,Online…
🔗 givesendgo.com

Posted on 1:50 AM · Nov 28th, 2021

The site uses cookies.
Learn More