# GOVERNMENT EXHIBIT 13

← **Post**

| Log In | Create Account |



**Treniss Evans**
@Patriotprophet · December 27, 2021

...

Fraud Biden's days are numberd in 2022. The audits truths will deliver arriving day by day. The red wave of justice will swallow the evi cloaked in blue. Those in congress absolved those who said ney. Wee little rats who stole will dodge scurry and run as they do. Soon caught in the scales of justice like traps and squeal. Audits will prove Trump's statements were honest and true. This great Nation wil reset and begin to heal.
Patriot Prophet 12-27-21

Posted on 10:05 PM · Dec 27th, 2021

The site uses cookies.
Learn More

2/3/22, 9:33 AM — Trebian Evans on Gettr: Fraud Biden's DOJ case number...

Case 1:21-cr-00225-DLF Document 40-3 Filed 05/16/22 Page 3 of 3