# GOVERNMENT EXHIBIT 14

← Post

Log In | Create Account



**Treniss Evans**
@Patriotprophet · December 31, 2021

I feel this coming. I hope it is done peacefully.

> mediamaker  @mediamaker · December 31, 2021
>
> Hot off the presses
> @ctriverview @donnabirdy
> @clinton614 @tommytupelo
> @godlyicon316 @cynthiaholt...



Posted on 2:32 PM · Dec 31st, 2021

8 Likes    2 Reposts

The site uses cookies.
Learn More

Case 1:21-cr-00225-DLF   Document 40-14   Filed 05/16/22   Page 3 of 3



**MeddlingMick** @MeddlingMick · Jan 1

Replying to @Patriotprophet

2022 will be biblical I believe! We will win!!

0   0   0

No more replies

The site uses cookies.
Learn More