# GOVERNMENT EXHIBIT 15

Treniss Evans on 46-15 · "January 6th Political Speaker...

← **Post**

| Log In | Create Account |
| --- | --- |

 **Treniss Evans**
@Patriotprophet · Jan 3                                           ...

## January 6th Political Speaker and defendant!



**GiveSendGo**

Christian Crowdfunding,Christian Crowd funding,Christian Fundraising,Fundraising ideas,Free Fundraising,Fundraisers,Best crowdfunding,Ways to raise money,Crowdfund,Non-profit...

🔗 givesendgo.com

Posted on 12:07 AM · Jan 3rd, 2022

**2** Likes    **1** Repost

         

