# GOVERNMENT EXHIBIT 16

3/15/22, 11:37 AM                    Treniss Evans on GETTR : "Today marks one year since...

Case 1:21-cr-00225-DLF   Document 40-16   Filed 05/16/22   Page 2 of 4

← **Post**

| Log In | Create Account |

**Treniss Evans**
@Patriotprophet · Jan 6

Today marks one year since my protest inside The United States Capitol. The protest that changed countless lives forever. The fateful day where lives of Patriots were needlessly lost in defense of our sacred elections. Those inside the building were fearful and many in defense of the Capitol were injured. The sick, evil and duplicitous government has subverted the blame and remorse they should share.  The ruling class placed all blame on the heads of those who protested their dereliction of duty and failure to represent their citizens. The sacred right of a redress of congress over a stolen election, a right stripped from the people. When will those who investigate themselves and pin all guilt on their opposition answer for their crimes?
#j6 #stolenelection #2020

Posted on 7:43 AM · Jan 6th, 2022

**1** Like

Trends Events on GETTR "Today marks one year since…