# GOVERNMENT EXHIBIT 17



**Treniss Evans**
@Patriotprophet · Jan 26

This message is to the cowards in the alphabet agencies. You do nothing as Americans are being persecuted and destroyed. You stand by complicit in your action as your failure to act on your oath shows your failure as patriots. You do this to preserve your pension and pathetic kaleidoscope eyed vision through Ray-Bans all the while telling yourself you are saving America. You know better, you know you do not act in good faith. Like Hitlers Brown Shirts and the SS you follow your marching orders. You Spy Cheat and Steal your way to the top on the backs of those who entrusted you to be stewards of democracy. Shame lies on you and your name greater than you know and history will not be kind to you.

#Patriotprophet #condemnedusa #fraud #j6politicalprisoners

Posted on 12:47 AM · Jan 26th, 2022

