# GOVERNMENT EXHIBIT 18

← Post

Log In | Create Account

**Treniss Evans**
@Patriotprophet · Feb 13

I am January 6th and now a victim of a two tier justice system run by terrorists!



WinningPatriot @WinningPatriot · Jan 6

LIBERALS ARE UPSET ABOUT JANUARY 6TH

Posted on 8:02 PM · Feb 13th, 2022

Case 1:21-cr-00225-DLF   Document 40-18   Filed 05/16/22   Page 3 of 3

The US Eviction of 6-1-18 "I am January 6th and now I a...

