# GOVERNMENT EXHIBIT 19


Post

Log In | Create Account


**Treniss Evans**
@Patriotprophet · Feb 25

I LOVE THIS! THE TIME FOR THE RIGHTS OF WE THE PEOPLE IS COMING.
WWW.CONDEMNEDUSA.COM

ztexanz @ztexanz · Feb 25



