# GOVERNMENT EXHIBIT 20



Post

Log In                    Create Account



**Treniss Evans**
@Patriotprophet · Mar 10

What choice is a realistic choice for the defendant in January 6th cases? We have no hope of fair trials/jurors or anything that resembles justice outside of MAYBE a Judge if you are lucky! . The Prosecutors have bragged openly about their SHOCK & AWE campaign waged against Americans. Plea deals occur ONLY because Trials are happening in the LIBERAL stronghold of D.C. The TERRORISTS FROM 9/11 had their trials moved outside of New York because of tainted jury pools. Why would this ADMINISTRATIONS DOJ continue to relate this to 9-11 but refuse to move the trials??? We The People-CITIZENS are now the greatest victims of lawfare (this is called tyranny) this Country has ever witnessed. Welcome to the Tyrannical States of America.
www.condemnedusa.com.



CONDEMNEDUSA
VOICES UNCANCELLED
🔗 www.condemnedusa.com

   

   



**L❣Winter** @LWinter · Mar 10

Replying to @Patriotprophet

We have to band together and be the change we want for our lives now and the future. As our forefathers and mothers had to do.

 0    0    0   

No more replies

