# GOVERNMENT EXHIBIT 21

← Post

| Log In | Create Account |



**Treniss Evans**
@Patriotprophet · Mar 14

The LEFT COMMIES will handle election matters like we SHOULD HAVE done in 2020 by stopping the transition of power in 2024. They will always do what they chastise you for doing. They accuse you of what they are doing to create confusion. The commies should have never been allowed into the Whitehouse and should have been dealt with as the treasonous coup they are for STEALING your ELECTIONS. Nothing they have done is either legitimate or Constitutional.

> **Three Retired Generals Loudly Demand A Military Coup In 2024**
> 🔗 www.americanthinker.com

Posted on 9:51 AM · Mar 14th, 2022

**1** Like    **1** Repost

Case 1:21-cr-00225-DLF Document 40-21 Filed 05/16/22 Page 3 of 4

Treniss Evans on GETTR: The US DOJ will handle