# GOVERNMENT EXHIBIT 22

5/3/22, 10:49 AM        Treniss Evans on GETTR: "January 6th Defendants are ...

Case 1:21-cr-00225-DLF   Document 40-22   Filed 05/16/22   Page 2 of 3

Post

Log In | Sign Up



**Treniss Evans**
@Patriotprophet · Mar 20

January 6th Defendants are among those WRONGFULLY SHAMED!
#CONDEMNEDUSA.COM



suzanne16b @suzanne16b · Mar 20

Posted on 10:38 PM · Mar 20th, 2022

3 Likes

