UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-cr-225 (DLF) |
| v. : | |
| : | |
| TRENISS JEWELL EVANS III, : | |
| : | |
| Defendant. : | |

### GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits the following Supplemental Sentencing Memorandum to apprise the Court of certain information provided by the defendant regarding other individuals, should the Court deem it relevant for purposes of sentencing.

1. Evans provided information about a named subject who, according to Evans, requested Evans's assistance on or about January 5, 2021, in procuring ammunition for an attempt to take over the Michigan State Capitol. The named subject had previously been identified in media and court documents in relation to alleged criminal conduct predating January 6, 2021. Law enforcement officials investigated the lead that Evans provided but were unable to substantiate it.

2. Evans provided information about other rioters who purportedly made comments regarding a laptop computer stolen from Speaker Nancy Pelosi's office during the attack of January 6, 2021. These leads were of limited utility and did not substantially advance any investigation.[1]

---

[1] The government no longer maintains that this supplemental sentencing memorandum should be filed under seal.

1

May 20, 2022                             Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        UNITED STATES ATTORNEY
                                        D.C. Bar No. 481052

                By:    */s/ Francesco Valentini*
                         Francesco Valentini
                         D.C. Bar No. 986769
                         Trial Attorney
                         United States Department of Justice, Criminal Division
                         Detailed to the D.C. United States Attorney's Office
                         601 D Street NW
                         Washington, D.C. 20530
                         (202) 598-2337
                         francesco.valentini@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that, on May 20, 2022, an electronic copy of the foregoing was served on counsel for the defendant through the Court's ECF system.

| | |
|---|---|
| May 20, 2022 | /s/ Francesco Valentini |
| | Francesco Valentini |