# UNITED STATES DISTRICT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | Case No. 21-cr-225 (DLF) |
| | **)** | |
| **TRENISS JEWELL EVANS III,** | **)** | |
| | **)** | |
| Defendant. | **)** | |

## DEFENDANT'S MOTION TO SEAL CERTAIN FILINGS

## (NOTE: THE GOVERNMENT DOES NOT OBJECT TO THIS MOTION)

**TO THE HONORABLE DABNEY L. FRIEDRICH, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:**

Now comes Defendant, TRENISS JEWELL EVANS III, by and through his undersigned counsel, and respectfully moves this Honorable Court for an order sealing Docket No. 44, filed May 20, 2022 ("Government's Supplemental Sentencing Memorandum") as well as this motion and supporting brief. Docket No. 44 references confidential, previously sealed material.

It has come to our attention that social media is circulating Docket No. 44 with a focus on Mr. Evans' confidential proffer and on statements made by Mr. Evans regarding a known dangerous organized crime figure. This places Mr. Evans in some danger and this document should be sealed for Mr. Evans' protection.

An accompanying Memorandum of Law and Facts support this Motion.

Dated: June 7, 2022

/s/ John M. Pierce
John M. Pierce
21550 Oxnard Street
3d Floor, PMB#172
Woodland Hills, CA 91367
Tel: (213) 279-7846
Email: jpierce@johnpiercelaw.com

*Attorneys for Defendant Treniss Jewells Evans III*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on June 7, 2022, this motion and the accompany declaration was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ John M. Pierce
John M. Pierce