# *EXHIBIT A*

