# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA,  )
 )
v. ) Case No. 1:21-cr-00225-DLF
 )
TRENISS JEWELL EVANS III, )
 )
 *Defendant*. )
_____ )

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendant Treniss Jewell Evan III, by and through the undersigned retained counsel, and pursuant to Local Rule 44.5 of the Criminal Rules of Procedure for the Federal District Court of the District of Columbia, hereby respectfully requests this Court Order the substitution of John M. Pierce, attorney at law, with the undersigned retained counsel.

The undersigned submits that the substitution of counsel will not unnecessarily delay this matter or be unfairly prejudicial to any party, or otherwise not be in the interests of justice.

Date:  June 14, 2022                                       Respectfully Submitted,

*/s/ Steven Alan Metcalf II*
_____
STEVEN A. METCALF II, ESQ.
Metcalf & Metcalf, P.C.
99 Park Avenue, 6th Flr.
New York, NY 10016
(*Office*) 646.253.0514
(*Fax*) 646.219.2012

*Counsel for Defendant Treniss Jewell Evans III*

1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                                  )
UNITED STATES OF AMERICA,              )
                                                                  )
v.                                                               )   Case No. 1:21-cr-00225-DLF
                                                                  )
TRENISS JEWELL EVANS III,                 )
                                                                  )
            Defendant.                              )
_____ )

**CERTIFICATE OF SERVICE**

On June 14, 2022, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

In addition, the undersigned will mail a copy of the foregoing motion to Defendant Treniss Jewell Evans III, whom the undersigned has specifically consulted in the filing of this motion, consistent with the requirements of Local Rule 44.5(d) of the Criminal Rules of Procedure for the Federal District Court of the District of Columbia.

/s/ *Steven Alan Metcalf II*
_____
STEVEN A. METCALF II, ESQ.
Metcalf & Metcalf, P.C.
99 Park Avenue, 6thFlr.
New York, NY 10016
(*Office*) 646.253.0514
(*Fax*) 646.219.2012

*Counsel for Defendant Treniss Jewell Evans III*