UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-cr-225 (DLF) |
| v. : | |
| : | |
| TRENISS JEWELL EVANS III, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE SENTENCING MATERIAL AND TO ADJOURN SENTENCING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits the following response to defendant Treniss Jewell Evans III's motion for an extension of time to file sentencing materials and to adjourn sentencing. As explained below, the government opposes the 30-day continuance requested by Evans. If the court nevertheless grants a continuance, the government respectfully requests that Evans' sentencing hearing be held no later than July 15, 2022.

Even accepting the representations in Evans' motion on their face, public interest considerations weigh strongly against a second, last-minute, 30-day continuance of Evans' sentencing hearing in this case. As the Court indicated in its June 15 Minute Order, "the length of time that this case has been pending" alone weighs against substantial further delay. Evans' own conduct further underscores that interest. In recent months, Evans has engaged in troubling attacks on social media directed at the agencies investigating and prosecuting his and other January 6 cases. The government cited some of those postings in its sentencing memorandum. *See* ECF No. 40, at 14-15; Gov't Sent. Exs. 20, 22. Even more troubling, since the government filed its sentencing submissions, Evans has escalated his attacks. On May 27, he posted on his GETTR social-media account that the "DUPLICITOUS PIECES OF DUNG from the Department of

1

'Justice' will eventually get what you deserve" – words apparently occasioned by the government's (entirely legitimate) use of Evans' own postings in its sentencing memorandum:[1]



The prompt resolution of this case will hopefully remove the purported predicate for Evans' increasingly dangerous invectives.  Here, moreover, Evans' latest motion for substitution of counsel – which Evans filed the day before he filed the instant motion – specifically represented that "the substitution of counsel will not unnecessarily delay this matter."  (ECF No. 48, at 1).

For these reasons, the Court should deny Evans' request to continue his sentencing hearing and related filing obligations for another 30 days.  If the Court is nevertheless inclined to grant a continuance, the government respectfully requests that any continuance not extend beyond July 15, 2022.  The undersigned counsel is assigned to serve at trial counsel in a case scheduled for trial starting on August 1, 2022, *United States v. James Allen Mels*, No. 21-cr-00184-BAH (D.D.C.), and accordingly expects to be immersed in trial preparation in the last two weeks of July.  That pre-existing obligation would conflict with devoting appropriate attention, after July 15, to the government's response to Evans' sentencing memorandum and to Evans' sentencing hearing.

---

[1] https://gettr.com/post/p1blt94f8be (last visited June 16, 2022).

June 17, 2022                    Respectfully submitted,

                                     MATTHEW M. GRAVES
                                     UNITED STATES ATTORNEY
                                     D.C. Bar No. 481052

By:    */s/ Francesco Valentini*
       Francesco Valentini
       D.C. Bar No. 986769
       Trial Attorney
       United States Department of Justice, Criminal Division
       Detailed to the D.C. United States Attorney's Office
       601 D Street NW
       Washington, D.C. 20530
       (202) 598-2337
       francesco.valentini@usdoj.gov