UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-cr-225 (DLF) |
| v. : | |
| : | [PROPOSED] ORDER |
| TRENISS JEWELL EVANS III, : | |
| : | |
| Defendant. : | |

Upon consideration of the defendant's motion for an extension of time to file sentencing material and to adjourn sentencing, it is hereby ORDERED that the motion is DENIED.

Dated this _____ day of June, 2022.

_____
DABNEY L. FRIEDRICH
UNITED STATES DISTRICT  JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA