**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                              )
UNITED STATES OF AMERICA,     )
                                              )
      *v.*                                    )   Case No. 1:21-cr-00225-DLF
                                              )
TRENISS JEWELL EVANS III,          )
                                              )   *Filed Under Seal*
               *Defendant.*          )
_____)
_____

## DEFENDANT EVANS MOTION TO SEAL
## ECF DOC'S 44 AND 45

Now comes Defendant, TRENISS JEWELL EVANS III, by and through his undersigned counsel, and respectfully moves this Honorable Court for an order granting to resist disclosure or to otherwise seal two separately filed documents on this matter, ECF Doc. 44 and ECF Doc. 45.

Dated:  June 29, 2022

                                           Respectfully Submitted,

                                           */s/ Steven A. Metcalf II, Esq.*
                                           _____
                                           STEVEN A. METCALF II, ESQ.
                                           **Metcalf & Metcalf, P.C.**
                                           *Attorneys for Evans*
                                           99 Park Avenue, 6th Floor
                                           New York, NY 10016
                                           *Phone* 646.253.0514
                                           *Fax* 646.219.2012
                                           [metcalflawnyc@gmail.com](mailto:metcalflawnyc@gmail.com)