UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-cr-225 (DLF) |
| v. : | |
| : | [PROPOSED] ORDER |
| TRENISS JEWELL EVANS III, : | FILED UNDER SEAL |
| : | |
| Defendant. : | |

Upon consideration of the Government's Statement in Response to the Court's Request for Supplemental Briefing, and in consideration of the representations made in the Government's motion, and the criteria set forth in *Washington Post v. Robinson*, 935 F.2d 282, 289-290 & n.10 (D.C. Cir. 1991), it is hereby

ORDERED that the Clerk of the Court shall place and provisionally maintain under seal the Government's Statement in Response to the Court's Request for Supplemental Briefing and shall not make any entry on the public docket in this case of such sealed filings or Order, and other pleadings filed under seal in this case, until further order of the Court.

Dated this _____ day of June, 2022.

_____
DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA