

**STEVEN A. METCALF II, ESQ.**, Managing Attorney***
**NANETTE IDA METCALF, ESQ.**, Managing Attorney**
**CIARRA SANTIAGO**, **ESQ.**, Associate Attorney
**CHRISTOPHER DARDEN, ESQ.**, *Special Counsel**

Page | 1

August 9, 2022

**VIA ECF**
The Honorable Dabney L. Friedrich
E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

      Re:    ***USA v. Treniss Evans***
              **Case No.: 1:2021-cr-00225**

Your Honor:

𝔓𝔩𝔢𝔞𝔰𝔢 𝔱𝔞𝔨𝔢 𝔫𝔬𝔱𝔦𝔠𝔢 that this firm is retained and represents Mr. Evans in this matter. This matter is scheduled for sentencing, in person, on August 16, 2022.

Unfortunately, my mother-in-law just passed away and that has drastically affected my ability to finalize the sentencing materials and finish preparing for sentencing. Additionally, services are scheduled to begin today in the State of Maryland, and will continue to next week in New York City.

In light of this, I write to respectfully request that the sentencing in this matter be rescheduled.

I spoke to AUSA Valentini, who does not oppose this request. With regards to dates, AUSA Valentini and I are both available from the afternoon of September 7, 2022 to any date thereafter that is convenient for the Court.

*\*Licensed in California*
*\*\*Licensed in New York and California*
*\*\*\*Licensed in New York, SDNY, EDNY, WDNY, 2nd Circuit and DC Federal Court*

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6th Flr.
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

I thank you in advance for your advance for your attention and consideration of this request, as this has been a very sensitive and difficult time for my family. I can be reached anytime directly at 631.521.1499.

Respectfully Submitted,

*/s/* *Steven A. Metcalf II*

_____
STEVEN A. METCALF, ESQ.

Page | 2

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6th Flr.
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)