# EXHIBIT LIST

**EXHIBIT A:**

………………………………………............ ██████████████████████████

██████████████████████

████████████████

**EXHIBIT B:**

……………………..…………….................... ████  ████  ████  ████  ████  ██

██████████████████████████

**EXHIBIT C:**

………………………………………………… ████  ████  ████  ████  ████  ██

████████████████████████

**EXHIBIT D:**

………………………………………............ ████  ██████  ████  ██  ██  █  █████

██████████████████████████

████████████████

**EXHIBIT E:**

………………………………………………… ████  ████  ████  ████  █████  ██

██████████████████████

**EXHIBIT F:**

………………………………………….......... ████  ██  ████  ████  █████

████████████

**EXHIBIT G:**

………………………………...................... ██████████████████

██████████████████

**EXHIBIT H:**

……………………………….................... ████████████████████

████████████

**EXHIBIT I:**

………………………………………   CPR Report: Comal County Sheriff's
Office, Incident 8/25/2021

**EXHIBIT J:**

………………………………………..   ███████████████████████
████████

**EXHIBIT K:**

………………………………………   ████████████████████████
█████

**EXHIBIT L:**

………………………………………   ██████████████████████
██████████████████

**EXHIBIT M:**

………………………………………   Eric Douglas Clark's Letter
Re: Other's Leaving the Capitol
Peacefully Because of Evans

**EXHIBIT N:**

………………………………………   John Sharp's Character Letter

**EXHIBIT O:**

………………………………………   Jan Sharp's Character Letter

**EXHIBIT P:**

………………………………………   █████████████████



# EXHIBIT A



# EXHIBIT B

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6° Floor
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)



# Exhibit C

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6ᵗʰ Floor
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)



# EXHIBIT D

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6ᵗʰ Floor
New York, NY 10016
646.253.0514 *(Phone)*
646.219.2012 *(Fax)*



# EXHIBIT E

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6ᵗʰ Floor
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)



# EXHIBIT F

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6ᵗʰ Floor
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)



# EXHIBIT G

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6ᵗʰ Floor
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)



# EXHIBIT H

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6th Floor
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

Steve Metcalf
99 Park Ave 6th floor
New York, New York 10016

     I Julissa Esparza am writing this statement regarding Tiffany A. Martinez and the arrest of her as a Federal Human Trafficking escapee from the Federal Prison System. This arrest for this occurred on or about August 18 2021 in the office operated by Mr. Treniss Evans.  A call came into our office from a tipster on August 16, 2021 regarding breaking news seen on television from the United States Marshals most wanted advertisement. The tipster stated that Tiffany was a wanted fugitive. I contacted my boss Treniss Evans about the issue to notify him of what had been stated in the conversation.  Mr. Evans took over at that time and began to collect the data we had related to the fugitive. Mr. Evans told us he was going to contact the FBI and U.S. Marshalls regarding his plan to capture the fugitive.  Mr  Evans then told us prior to the day of arrest about his plan to set up the fugitive to be captured through communications that would bring her to his office for The United States Marshalls service.  Mr. Evans was right and the plan went accord ng to his description that brought the Federal Human Trafficking Escapee back to The Custody of The United States Marshalls.

X _____
Julissa Esparza



# EXHIBIT I

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6th Floor
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

# Comal County Sheriff's Office

3005 W. San Antonio St.
New Braunfels, TX 78130
Office: (830)620-3400
Fax: (830)608-2082
Email: CCSHERIFF@CO.COMAL.TX.US
www.co.comal.tx.us/so/index.html



Primary Deputy:  LAWSON, CHERE

# INCIDENT REPORT

Type of Incident:
 Deceased

Report Status:
☐ Closed    ☐ Unfounded

| Call for Service#: | Date Incident Reported & Time of Call: |
|---|---|
| **21-08-4064** | Wednesday, August 25, 2021 at 4:08 PM |
| Incident Location: | |
| 3150 Canyon Lake Forest    Canyon Lake  Tx  78133 | |

PARTY INFORMATION

| Connection | Name | Address | DL State | DL# | Phone | Sex | Race | DOB |
|---|---|---|---|---|---|---|---|---|
| Deceased | Powers, Scott Michael | 3544 C Thorson Ct<br><br>Forte Meade, Md  20755 | ▓▓▓ | ▓▓▓▓▓ | | M | W | ▓▓▓▓▓ |
| Reporting Person | ▓▓▓▓▓▓▓▓▓▓ | No Known Address | | | ▓▓▓▓▓▓▓ | ▓▓ | ▓▓ | ▓▓▓▓▓ |
| Witness | Pryor, Michael Wayne | 1545 Trail Ridge Dr<br><br>Canyon Lake, Tx  78133 | ▓▓▓ | ▓▓▓▓ | 541-499-3926 | M | | ▓▓▓▓▓ |
| Witness | Pennell, Zackaria | 161 Canyon Bend<br><br>Canyon Lake, Tx  78133 | ▓▓▓ | ▓▓▓ | 830-832-4155<br><br>830-832-4155<br><br>210-371-4325 | M | W | ▓▓▓▓▓ |
| Witness | Evans, Treniss Jewell, Iii | 451 Watts Lane<br><br>Canyon Lake, Tx  78133 | ▓▓▓ | ▓▓▓▓▓ | 830-899-3380<br><br>210-571-2847 | M | W | ▓▓▓▓▓ |
| Witness | Powers, Pat V | 347 Mountain View Dr<br><br>Utopia, Tx  78884 | ▓▓▓ | ▓▓▓ | | M | W | ▓▓▓▓▓ |
| Witness | Brazee, Leah Elizabeth | No Known Address | ▓▓▓ | ▓▓▓▓▓<br>▓▓▓ | | F | W | ▓▓▓▓▓ |
| Witness | Powers, Steven | No Known Address | | | 240-625-7765 | M | W | ▓▓▓▓▓ |

**REPORTING DEPUTY:**  LAWSON, CHERE

**REPORT DATE:**   08/26/2021

**APPROVING SUPERVISOR:**



**Comal County Sheriff's Office**                                                          **21-08-4064**
**Incident Narrative**

**Deputy:**          LAWSON, CHERE
**Date of Report:**  08/26/2021

On Aug 25, 2021 at 4:08p, I was dispatched to Boat Ramp 5: 3150 Canyon Lake Forest Dr, CL 78133 in reference to a medically ill party. Dispatch advised a 60 year old male, later identified as Scott Powers (W/M 3/13/61), had flipped a jet ski and was breathing. While en route, the caller stated Scott began to seize, had blood coming from his mouth and few moments later, was no longer breathing.

Upon my arrival, I observed a male, Treniss Evans (W/M ███████) giving Scott breaths. As I approached the two men, Treniss stated he was giving Scott rescue breaths. I observed Scott's face turning blue at this time. I advised Treniss that I would take over CPR and give chest compressions at 4:14pm. A few minutes into compressions, Dep Gerhardt #373 arrived on scene and took over compressions until Canyon Lake Fire and EMS: Station 52 arrived. They took over all medical responsibility.

While EMS worked on reviving Scott, Dep Gerhardt and I began collecting names of the witnesses on scene and taking verbal statements from several witnesses. ████████████████ ███████) stated she was a friend of Scott's. He surprised her today with renting the jet skis from Canyon Lake Rentals. Because she is still considered a minor, ███████ required an adult ride with her while she was on the jet ski. She stated she was driving the jet ski and Scott was sitting behind her. They had called Canyon Lake Rentals to come pick them up. While they waited, ███████completed a few more circles on the lake, just past the buoys. She picked up speed, but not at full throttle when she completed a circle. Scott fell off the jet ski and began to appear panick when he could not get back up on the jet ski. ███████attempted to calm him down and remind him to breathe ███████attempted to calm him down and remind him to breathe. He told ███████ he had a bad heart while he was trying to get up on the jet ski.

Canyon Lake Rentals employees had shown up and noticed Scott was in the water while ███████ was still on the jet ski. Two of the employees, Treniss and Zack Pennell (W/M███████) were in a ski boat. One of the employees, Michael Pryor (W/M███████) got on an available jet ski, raced out to help ███████and Scott, helped Scott onto the back of Michael's jet ski and rode Scott to shore. Scott was able to get off the jet ski, walk up the ramp and sit down while Michael went back to help███████to shore.

███████stated she walked up to Scott and reminded him to breathe. She tried to help calm him down more, but he then collapsed to the ground. Michael and Treniss came to help assist Scott. ███████contacted 911. Treniss began CPR until I arrived on scene.

At 4:49pm, Canyon Lake EMS advised Dr. Welch from Christus Santa Rosas called the time of death. Justice of the Peace Clark did not make scene, but ordered an autopsy at Central Texas Autopsy. Det. C. Garza #330 was also notified, but did not make scene. CST Michaela Vick #197 processed the scene. Sunset Funeral was contacted and later made scene to collect Scott. Scott's brother, Steven Powers (W/M 4/12/60), was contacted and notified as well. He also

1



**Comal County Sheriff's Office**
**Incident Narrative**

**21-08-4064**

requested to be the point of contact for Scott and would be on his way to pick up Scott's vehicle, a red Ford Escape (MD LP 6CD2226).

███████ appeared visibly upset and shaken by the news. She stated she was here with Scott on a road trip from Maryland where her parents and most of her family live, and Scott was a family friend. She stated Scott and his family also lived in Maryland. She did not have any nearby relatives or know anyone in the area. ███████ closest relative was her sister, Leah Brazee (W/F ███████), who lived in Louisville near Dallas. Steven lived in Del Rio. ███████ had notified her mother, who then contacted Leah and Leah's husband, Chris Byrd, to pick her up.

At about 10:15pm, Steven and Steven's father, Pat Powers (W/M ███████, arrived. Pat took possession of the vehicle.

At about 10:30pm, Leah arrived to pick up Victoria.

WatchGuard in car and body camera were uploaded to the server. Event ID #1950810956, 1950810957, 43597749 & 43640712

End of report.



**Comal County Sheriff's Office**                                    21-08-4064
**Incident Supplement Narrative**

**Deputy:**            GERHARDT, CHRIS
**Date of Report:**    08/28/2021

Details:

1. On Wednesday, August 25th 2021, at around 1615 Hrs, I Deputy Gerhardt #373 assigned to the Comal County Sheriff's Office Directed Deployment Unit (DDU) responded to assist patrol deputies with a medically ill party at boat ramp 5 located at 3150 Canyon Lake Forest Drive, Canyon Lake, Comal County, Texas. While en route, CCSO Dispatch advised there was a male who fell off of a jet ski and was now on shore, but was not breathing.

2. Upon my arrival to the boat ramp, I observed Deputy Lawson #329 conducting CPR on the male. I exited my patrol unit and ran over to assist. I noticed the male was an older heavier set male. The male was turning blue from his shoulders up. As Deputy Lawson was doing chest compressions, I noticed the male had fluid coming from his mouth. I checked the male's carotid artery for a pulse, but did not feel a pulse. I took over chest compressions for Deputy Lawson while we waited for medics to arrive. After a little over a minute, Deputy Lawson took back over chest compressions. At that time Canyon Lake Fire and EMS units arrived and began treating the male.

3. I noticed there was a female standing near us that was hysterical and was crying. The female was identified as ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. I asked ▓▓▓▓▓▓▓ what had occurred this day. ▓▓▓▓▓▓▓▓ advised me she and the male whom she identified as SCOTT POWERS W/M DOB: ▓▓▓▓▓▓ had rented a jet ski. ▓▓▓▓▓▓ stated that SCOTT did not want to drive, so she drove while SCOTT rode on the back. ▓▓▓▓▓ stated she was driving around half throttle and took a sharp turn. ▓▓▓▓▓▓▓ stated that SCOTT fell off the back off the Jet Ski into the water. ▓▓▓▓▓ stated that she and SCOTT were both wearing personal floatation devices (PFD's). ▓▓▓▓▓ stated that SCOTT was panicking and she attempted to get him to calm down. ▓▓▓▓▓ stated that SCOTT kept saying "My heart, my heart." ▓▓▓▓▓ stated that SCOTT was also making moaning noises. ▓▓▓▓▓ stated that SCOTT never hit his head or lost consciousness when he fell off the Jet Ski. ▓▓▓▓▓ stated she was unable to get SCOTT back on the jet ski, but there were good Samaritans close by that helped her get SCOTT to the shoreline. ▓▓▓▓▓ stated she and SCOTT walked up the boat ramp and sat down. ▓▓▓▓▓ stated that shortly later, SCOTT collapsed and stopped breathing.

4. Canyon Lake Fire and EMS units moved SCOTT into the back of the ambulance so that they could continue to treat him. I walked over and observed two orange Sea Doo Jet Ski's on a trailer. I did not observe any damage or anything suspicious that would suggest there was an accident. After some time Medics advised me that SCOTT was deceased. Dr. Welch from Christus Hospital called time of death at 1649 Hrs. I contacted Dispatch and advised them to contact the on call Justice of the Peace. Shortly later, I was contacted by JP Judge Clark. I updated Judge Clark on the situation and provided him with the requested information. Judge Clark stated he would not be making scene and that he was ordering an autopsy. Judge Clark stated to me that he wanted the body to be taken to Central Texas Autopsy in Lockhart, Texas.

1



**Comal County Sheriff's Office**                                    21-08-4064
**Incident Supplement Narrative**

5. After speaking to Judge Clark, I notified Deputy Lawson of what Judge Clark had said. Deputy Lawson stated she spoke to the on call detective, Detective Garza #330. Detective Garza stated he would not be making scene. I then requested the next rotation funeral home to make our location. Crime Scene Technician Vick #197 was on scene and was assisting with collecting the evidence. While waiting for the funeral home, I assisted ▓▓▓▓▓▓ with making arrangements with her parents to find someone to take custody of her. ▓▓▓▓▓▓ advised me that she was here on vacation with SCOTT, and that she is from Maryland. Deputy Lawson eventually stated to me that she no longer needed my assistance on scene, so I cleared the scene and took no further action during this incident.

6. During the incident, I did have my Watchguard In Car/ Body worn camera recording. The footage was uploaded onto the Watchguard server. I am in compliance with the Comal County Sheriff's Office Brady Policy.

7. NOTHING FOLLOWS-EOR



# EXHIBIT J

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6th Floor
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)



# EXHIBIT K

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6ᵗʰ Floor
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)









# EXHIBIT L

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6ᵗʰ Floor
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)









# EXHIBIT M

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6th Floor
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

I, Eric Douglas Clark, hereby swear, under penalties of perjury, that the following facts are true and within my personal knowledge. I live at 316 Minette Circle Louisville, Kentucky 40258. I am 45 years of age and am employed in the food service industry.

On January 6th, 2021 when at the capitol Building peacefully protesting as per our first amendment rights at approx. 5 to 5:15 pm est I heard someone on a bullhorn repeating President Donald J. Trumps request for those protesting to leave peacefully. I immediately called my mom and asked if this was true. She confirmed it was and I began to proceed off capitol grounds. Many others were hearing the man on the bullhorn as well and were asking me and others around if we could confirm. I was telling people yes it's true I called my mom and she confirmed. Most of the crowd at that point began to disperse. Nearly 15 months later I am talking with a fellow January 6 defendant, Treniss Evans, and recounting my account of January 6th with him and a reporter via conference call I thought I had recognized Treniss's voice but was not certain from were. It turns out it was in fact Mr. Evans on the bullhorn making the announcement to leave peacefully. Many protestor's heard him and left peacefully.

If you have any questions, feel free to contact me at (502)708-7039

Eric D. Clark

5 25 2022

DEEPAK VANJANI
Notary Public
Commonwealth of Kentucky
Commission Number KYNP8175
My Commission Expires Jul 15, 2024



# EXHIBIT N

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6ᵗʰ Floor
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

8-22-22

To whom it may concern,

I'm writing to you today to explain the importance of my brother to our family. A few years ago, my father passed away just after Christmas. Since then, my brother Treniss Evans ▮▮▮▮▮▮▮▮▮ ▮ He kept us going in our time of emotional grieving and then again through the Covid-19 pandemic. I▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ If not for him, I would have to work full time.▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



He has two sons that need a father figure in their life. With social media influencing young people in a negative way, having both parents present is an intricate part of making sure both of his boys grow up to be honorable men. They need a positive role model to emulate, and my brother is just that to them. His wife is a nurse and on the front line everyday trying to make the world a better place one patient at a time. My brother's absence would clearly affect her in a negative way, possibly detracting from the time she could spend serving her community. My mother is turning 70 this year▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮ having to fund my brother's defense for exercising his constitutional right to protest peacefully, while trying to prevent damage to the capitol building and its brave officers. He has never been a purveyor of political violence and I've heard him say on more than one occasion that he had to leave a group conversation because they were discussing extreme measures that he did not agree with, nor wanted any thought of association with. The simple fact is that removing him would negatively affect more than a dozen people in such a way that their lives would be measurably different, and not for the better. My brother didn't graduate from college. He most likely isn't going to pioneer a life changing hospital procedure or invent something that could change the world for the better. But what he does is make it possible for the people around him to have an opportunity to do just that. He makes it possible for my mother to sleep soundly at night knowing she's going to be looked after when she can no longer do it for herself. When his children had no coach, he stepped in to make sure everyone's child could continue to play. He helped coach my football team when I was in the 5th grade and needed volunteer coaches to keep the team together. He stops to help random people on the side of the road if their car is broken down. He nearly blinded himself helping his 90-year-old neighbor stack wood in the middle of the night after seeing him struggle on his own. These are just a few examples of how he sacrifices his time and sometimes his own well-being to set an example every day for his family and community. He has a general will to do the right thing. And that is something that we are in short supply of these days. I hope this letter offers a glimpse into the life of Treniss Evans and how removing him from said life would negatively affect his family and the community around him.

Sincerely,

John Sharp



# EXHIBIT O

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6ᵗʰ Floor
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

Honorable Judge Dabney Friedrich,

Out of respect for your time I'm going to keep this as short as possible. Our family's limitless pain is beyond any time that I take to write this letter. Please know that I am forever grateful for the time you take to read my letter about Treniss.

I am writing on behalf of Treniss Evans. I am his mother. I'm so grateful for this child and everything amazing that he brings to my life and others. There is no one else like Treniss. He is so respected by so very many people for his good character, great attitude, and kind and helpful spirit.

Treniss has two teenage sons and a wife at home. Treniss' sons need him home, in place, to continue care, love, advice, counsel, discipline, and all the daily guidance young men and teen boys need. Treniss has had a very active roll in raising their sons. He has guided and nurtured them every step of their way through their school years in education, scouting, sports, community volunteering, and social skills.

Treniss has coached them to tournament golf and is helping them work toward golf scholarships. All children are navigating a complex and challenging world at school and in social settings and these boys need their dad at home. They look up to him. They depend on him. They need him.

Treniss by nature is and has always been a humanitarian, a helper. He helps everyone. Everyone. Any call for help, Treniss is the first one there. He stops to help stranded motorists. He stops to help a turtle across the road. Treniss is a good steward of our earth, parks and waterways teaching young people the same. He helps every neighbor. Treniss and his wife make food baskets for people. Treniss will give to people anything that they need that he can provide. He helps buy school clothes, shoes, and supplies for nieces and nephews. He fills a need wherever he sees one.

Treniss was always a helper to teammates in sports. He graciously gives his time to the kids in golf tournaments who have no parent or coach to help them. His sons are so proud of him for things like that. That's their dad helping others. Treniss nearly died helping a girl from her abusive boyfriend. Treniss, without thought for himself, continued free-diving for a drowning victim until rescuers arrived.  I stand in awe of him and not because he is my son.  I have always had people, even strangers, tell me of the good deeds he has done and Treniss expected nothing in return, but to know he acted as a good human being.

Treniss' presence is absolutely essential to the well being of his family, neighbors, school, community, and work.

I'll be 70 next month. Treniss provides for me and looks out for me. I can't imagine my own life without him in it to take of me. One of the greatest joys in my life is to know Treniss has continued from his childhood into adulthood to be a helper, a giver. A lot of people depend on Treniss.

Clearly, Treniss and his wife and children, his mother and younger brother, relatives and friends have the lived and endured indescribable pain and grief of every day of the last 18 months. His children have been traumatized enough. No one has the heart or strength for this suffering any longer. Please, no more suffering for this good man and his family. Thank you for reading my letter to you; wishing you all of the very best.

Sincerely and Respectfully,

Jan Sharp











# EXHIBIT P

**Metcalf & Metcalf, P.C.**

99 Park Avenue, 6' Floor
New York, NY 10016
646 253 0514 (*Phone*)
646 219 2012 (*Fax*)