# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:21-cr-00225-DLF |
| ) | |
| TRENISS JEWELL EVANS III, ) | |
| ) | |
| *Defendant*. ) | |

_____)

    Now comes Defendant, TRENISS JEWELL EVANS III, by and through his attorney, Steven A. Metcalf II, and respectfully moves this Honorable Court for an additional day to file Supplemental Sentencing material, which consists of video submissions. In support thereof the Defendant states:

    The video Defendant and I spoke about to the Court yesterday, September 13, 2022, was reviewed after Court and was not a finalized version, which explained where each interview and statement was recorded and where such was published. After such review, changes were necessary, and are still in the process of being re-formatted for various purposes. Such reformatting, includes but is not limited to, identifying each of the times and places such interviews or statements took place. This reformatting will also provide the government, the Court, and the pubic a clearer understanding of when such statements of Mr. Evans were made, and where such statements can be found to have been published.

Page **1** of **3**

In light of this unexpected delay, I am respectfully requesting an additional day to submit such video to the Court as Supplemental Sentencing material. Specifically, I am requesting that such filing be made before midnight on September 15, 2022.

Consequently, I am also requesting that the government be extended the same amount of time to be able to respond or object to Defendant's Supplemental material.

In anticipation of not being able to meet this Court's deadline, I spoke with AUSA Valentini via telephone today, and explained that I may need one more day to file.  AUSA Valentini informed me that he does not object to my instant request.

I thank the Court in advance for its consideration and attention on this matter.

Dated: September 14, 2022

/s/ *Steven A. Metcalf II*

_____
STEVEN A. METCALF II, ESQ.
**Metcalf & Metcalf, P.C.**
*Attorneys for Evans*
99 Park Avenue, 6th Floor
New York, NY 10016
*Phone* 646.253.0514
*Fax* 646.219.2012
metcalflawnyc@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 14, 2022, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ *Steven Alan Metcalf II*

_____
STEVEN A. METCALF II, ESQ.

Counsel for Defendant Treniss Jewell Evans III