### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:21-cr-00225-DLF |
| | ) |
| TRENISS JEWELL EVANS III, | ) |
| | ) |
| *Defendant*. | ) |

_____)

## **DEFENDANT EVANS'S MOTION TO EXTEND FILING**

Now comes Defendant, TRENISS JEWELL EVANS III, by and through his attorney, Steven A. Metcalf II, and respectfully moves this Honorable Court for an additional day to file Supplemental Sentencing material, which consists of video submissions. In support thereof the Defendant states:

The video Defendant and I have been trying to file has caused numerous issues. Defendant Evans has been working remotely on this for the last two days, and the comprising of the video into a file still has yet to be finalized.

Additionally, I am having issues signing on to my USAfx account.

In light of this continued unexpected delay, I am respectfully requesting an an extension to submit such video to the Court as Supplemental Sentencing material.

Specifically, I am requesting that such filing be made before midnight on September 19, 2022.

Consequently, I am also requesting that the government be extended the same amount of time to be able to respond or object to Defendant's Supplemental material.

I thank the Court in advance for its consideration and attention on this matter, and apologize for not having been able to complete this sooner.

Dated: September 16, 2022

/s/ *Steven A. Metcalf II*

_____
STEVEN  A.  METCALF  II, ESQ.
**Metcalf & Metcalf, P.C.**
*Attorneys for Evans*
99 Park Avenue, 6th Floor
New York, NY 10016
*Phone* 646.253.0514
*Fax* 646.219.2012
metcalflawnyc@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 16, 2022, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ *Steven Alan Metcalf II*

_____
STEVEN A. METCALF II, ESQ.

Counsel for Defendant Treniss Jewell Evans III