UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-cr-225 (DLF) |
| v. : | |
| : | |
| TRENISS JEWELL EVANS III, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S RESPONSE TO U.S. PROBATION OFFICE PETITION**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that the government does not oppose the modification of the defendant's conditions of probation proposed by the U.S. Probation Office on January 23, 2023.

January 23, 2023            Respectfully submitted,

                                  MATTHEW M. GRAVES
                                  UNITED STATES ATTORNEY
                                  D.C. Bar No. 481052

By:    */s/ Francesco Valentini*
         Francesco Valentini
         D.C. Bar No. 986769
         Trial Attorney
         United States Department of Justice, Criminal Division
         Detailed to the D.C. United States Attorney's Office
         601 D Street NW
         Washington, D.C. 20530
         (202) 598-2337
         francesco.valentini@usdoj.gov