UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. 1:21-cr-225 (DLF) |
| **v.** : | |
| : | |
| **TRENISS JEWELL EVANS III,** : | |
| : | |
| **Defendant.** : | |

## NOTICE PURSUANT TO COURT ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice in response to the Order issued on November 22, 2022, directing the parties to submit, under seal, proposed redactions to the transcripts of the hearings held on September 13, 2022, and November 21, 2022.

Pursuant to the November 22 Order, the government has filed, under seal, its proposed redactions to the transcripts of the September 13, 2022 and November 21, 2022 hearings. We have been unable to make a joint submission with the defense—as envisioned by the Court's November 22, 2022 Order—because the defendant has not responded to the government's proposed redactions or proposed an alternative set of redactions. The government sent its proposed redactions to counsel for the defendant by email on February 20 and 21, 2023. The government followed up on February 25, 2023. Defense counsel indicated that he is currently in trial in another matter, but provided no substantive response. In the late evening of February 28, 2023, defense counsel informed the government that he is awaiting authorization from Mr. Evans to discuss the matter with the government. The government is ready to discuss the matter with defense counsel when he is authorized and willing to do so.

February 28, 2023				Respectfully submitted,

					MATTHEW M. GRAVES
					UNITED STATES ATTORNEY
					D.C. Bar No. 481052

			By:	*/s/ Francesco Valentini*
					Francesco Valentini
					D.C. Bar No. 986769
					Trial Attorney
					United States Department of Justice, Criminal Division
					Detailed to the D.C. United States Attorney's Office
					601 D Street NW
					Washington, D.C. 20530
					(202) 598-2337
					francesco.valentini@usdoj.gov