**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 1:21-cr-225 (DLF)** |
| **v.** | : | |
| | : | |
| **TRENISS JEWELL EVANS III,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE PURSUANT TO COURT ORDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice in response to the Order issued on March 1, 2023, directing the parties to submit, under seal, proposed redactions to the transcripts of the hearings held on September 13, 2022, and November 21, 2022.

Pursuant to the March 1, 2023 order, the government has filed, under seal, two sets of transcripts of the hearings held on September 13, 2022 and November 21, 2022: (1) transcripts for the September 13 (afternoon session) and November 21 hearings reflecting redactions as to which the parties agree; and (2) transcripts for the September 13 (morning session) and November 21 hearings reflecting, in addition, redactions proposed by the government only.  The additional redactions proposed by the government are warranted because those portions of the transcripts would reveal potentially sensitive information about other investigations.  The government does not propose any additional redactions for the transcript of the hearing held in the afternoon of September 13, 2022.

Counsel for the defendant has indicated that the defendant objects to the additional redactions proposed by the government.

March 8, 2023                    Respectfully submitted,

                                MATTHEW M. GRAVES
                                UNITED STATES ATTORNEY
                                D.C. Bar No. 481052

                    By:         */s/ Francesco Valentini*
                                Francesco Valentini
                                D.C. Bar No. 986769
                                Trial Attorney
                                United States Department of Justice, Criminal Division
                                Detailed to the D.C. United States Attorney's Office
                                601 D Street NW
                                Washington, D.C. 20530
                                (202) 598-2337
                                francesco.valentini@usdoj.gov