UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 1:21-cr-00225-DLF |
| TRENISS JEWELL EVANS III, | ) |
| Defendant. | ) |

## DEFENDANT EVANS REQUEST TO RECONSIDER HIS 20-DAY INTERIM JAIL SENTENCE CONDITION

Now comes Defendant, TRENISS JEWELL EVANS III, by and through his undersigned counsel, and in support of the instant application respectfully submits a Declaration dated July 21, 2023, and hereby moves this Honorable Court to reconsider Mr. Evan's jail condition.

Dated:  July 21, 2023

Respectfully Submitted,

*/s/ Steven A. Metcalf II, Esq.*

_____
STEVEN A. METCALF II, ESQ.
**Metcalf & Metcalf, P.C.**
*Attorneys for Evans*
99 Park Avenue, 6th Floor
New York, NY 10016
*Phone* 646.253.0514
*Fax* 646.219.2012
metcalflawnyc@gmail.com