𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔆𝔬𝔲𝔯𝔱
𝔉𝔬𝔯 𝔱𝔥𝔢 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔆𝔬𝔩𝔲𝔪𝔟𝔦𝔞
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                  Case #: 1:21-cr-225 (DLF)

               *v.*                  **DECLARATION OF**
                                      **TRENISS EVANS III**

TRENISS JEWELL EVANS III,

                                *Defendant.*
-------------------------------------------------------------X

       TRENISS JEWELL EVANS III, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

       1.     I remain represented by Metcalf & Metcalf, P.C., in the above captioned case against me, who assisted in the preparation of this Declaration.

       2.     I make this declaration to inform this Court of a recent interaction with Federal Agents, and in further support of my position to finalize the remainder of my sentence in good standing and compliance with the court.

       3.     Prior to and during sentencing, I have diligently attempted to inform the Court of unique interactions I experienced with the FBI, U.S. Marshalls and Congressional January 6th Select Committee. I submit that I have been transparent throughout, including when I addressed this Court at my sentencing. While I accept full responsibility for demonstrating peacefully, in a restricted area on January 6th, I

do contend that your Honor made an error in believing I witnessed violence that day. I had no idea or indication that this was somehow a factor being considered in my sentencing. I am thoroughly convinced that I have failed to convey the significance of these events to this Honorable Court, and why such events remain relevant. Recently, a new event has arisen that the court must be apprised, where disclosure is obligatory under my probationary rules.

4.      It is impossible to forget the intentional release of disparaging, sensitive, and inaccurate information that the government released about me, irrespective of such release being intentional or reckless that dominated my early preparation for sentencing.   The early part of my sentencing preparation was torpedoed based on inappropriate government disclosure – wrongfully linking me to dangerous action which I was not involved. The distraction that created the tone and candor during the latter part of my sentencing proceeding was continued influenced by three factors related to unusual government conduct.[1]  These factors culminated in my failure to adequately prepare and provide to this Court a true understanding of the most important elements of my character and event I experienced.[2]

---

[1] The first factor was January 6th Select Committee, second, was the dangerous incident. Third, was the fugitive capture issue.

[2] My statements that I did not witness violence on that day became an issue of concern for this Court at my sentencing. I would have prepared a chart for, had I not been distracted by the government's efforts to minimize my character.

A.   **BACKGROUND**

5.      As brief background, my Conditions of Probation commenced on November 21, 2022, and extends the term of supervision for a period of 36 months. It must be noted here that of the standard conditions, I want to direct your attention to Clause 11, which states I "must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court." (*See* Conditions of Probation at p. 2, ¶ 11).   I contend that senior staff within the FBI is well aware of standard conditions and will provide the importance of this statement in the coming pages.

6.      In addition to my probationary term, your Honor sentenced me to a term of 20 days of intermittent confinement. (*See* ECF Doc. #: 69 at p. 2).

7.      I have always done everything to remain compliant and respectful with my probation office, and have never received a negative report, or had any negative comments reported to this Court. My probation officer will attest to my diligent effort to be available, transparent, forthcoming and essentially a model for the probation requirements as expected.

8.      Shortly after my sentence was imposed, I complied with all conditions, including paying all fines, and restitution. The only remaining condition is to serve 20 days in intermittent confinement. However, it was brought to my attention that my probation officer could not find a jail where I could serve out my sentence,

intermittently at this time. Conditions of the sentence require this sentence is served within one year of the date of sentencing. Probation has understood extenuating circumstances that provide for this sentence to begin in the fall and meet the

9.      Probation then filed a Petition with this Court to request that my jail sentence portion of my sentencing be modified. Probation suggested that I be able to serve my jail sentence on house arrest. Specifically, probation stated the following: "The probation office is requesting the Court vacate Mr. Evans' special condition for intermittent confinement and modify his special conditions to include home incarceration with location monitoring for 20 days. According to the United States Probation Office for the Western District of Texas (USPO/WDTX), there is not a local facility that can accommodate the intermittent confinement component of the defendant's supervision readily available. The USPO/WDTX requests the condition be modified to reflect home incarceration for 20 days with radio frequency monitoring." (*See* ECF DOC #: 70). The U.S. Probation office also noted the frequency with which these types of requests occur and are granted.

10.      That same day, AUSA Valentini filed the following: "The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that the government does not oppose the modification of the defendant's conditions of probation proposed by the U.S. Probation Office on January 23, 2023." (*See* ECF Doc. #: 71).

11.     A few weeks later, on February 8, 2023, AUSA Valentini filed a Status Report Regarding Intermittent Confinement, claiming that there was a misunderstanding as to how Probation requests a suitable BOP institution. (*See* ECF Doc. #: 73, at p. 3). The status report then went on to suggest that the misunderstanding has now been "clarified, [where] requests for placement regarding intermittent confinement as a condition of probation should be initially directed to the DSCC, which will then initiate the process of placement. Consistent with this process, the BOP has advised our office that, once the DSCC receives a request for the defendant's placement, the documents will be reviewed, and the BOP will find a facility to implement the defendant's intermittent-confinement condition of probation." (*See* ECF Doc. #: 73, at p. 3-4).

12.     Unrelated to my conditions, during such time, I continued to obtain my personal property that was seized from my residence following my arrest on this matter to include electronic devices I willfully opened and provided to the FBI.

13.     As such, I feel it is in my best interest to inform this Court of the following, before other false allegations are weaponized against me for my choice to "not comply" becomes an issue of false statements.

14.     I will explain further what I mean in stating that I have now been placed in a position forced to make a choice to "not comply" with the FBI's recent request and demand of me. The notice of the unethical and what I believe to be illegal actions

taken once again by the government should be scrutinized and considered by this court as outrageous government conduct.

**B.** <u>**RECLAIMING MY SEIZED PROPERTY, AND WHAT THE FBI SAID TO ME DURING SUCH TRANSFER.**</u>

15.     This year, I worked for months to reclaim my property taken on March 4, 2021. I began contacting the FBI field office, specifically Agent John Garmin just after sentencing regarding recovering my property as directed. I was unable to contact Agent Garmin through numerous attempts to call him at the bureau office. I felt like I had a good rapport with Agent Garmin from the letter I wrote to him and his partner after my arrest thanking them for the professional manner in which they conducted my arrest and having been communicative and respectful to my wife and children. I knew they were not the ones that chose to point guns at my thirteen-year-old child trying to get to school.  I wrote the letter to them because they protected me and my family from some members of the Joint Terrorism Task Force who raided my home. The agents intervened when an agitated member of the Task Force attempted to escalate matters while making insane allegations about me that had nothing to do with me or my charges. Sadly this man was a victim of the lies perpetrated by the media and the Biden Administration.   I explained my problem to the switchboard operator who sent me another direction to make contact with the seized property division. I finally got a return communication in March by phone after no remedy had been offered until that moment.

16.     Sam Ukylee contacted me to say he was working on the return of my property. I was next placed in contact with Agent Lucas who made the arrangements and asked me to come to pick up my belongings at the visitor "guard shack" entrance of the San Antonio Texas FBI building.

17.     While in the painfully slow process of going over the property authentication, Agent Lucas engaged me in conversation in regard to helping the FBI. I did not know for certain initially what Agent Lucas was about to do.  I eventually needed to use the restroom and was escorted inside unsuspecting of what was about to happen. I exited the restroom assuming we were returning to the visitors entrance. I was then taken even deeper into the interior of the building requiring what appeared to be a remote guard looking through a camera and security key access to gain entry further into the interior of the building. We turned down a hallway where Agent Lucas directed me to enter through yet another key card access entry point leading into a small room with a desk and a chair on either side. The room was poorly lit and had what appeared to be cameras set in the ceilings. There was nobody else present and I felt at this time a sense of something wrong with what was about to happen. I noticed a slight demeanor change with Agent Lucas as we sat in a room where no one was present.  Upon entering what appeared to be a room used for taking statements and interviewing witnesses with cameras in the ceiling – I could not help but notice that I was seated directly beneath what I believed to be a camera.

18.     During our conversation I was asked to become a source of some sort for the FBI with no great clarity as to how that was going to work.  I told Agent Lucas that I had figured out since my original proffer meeting that the FBI had already tried to entrap me with the Michigan related arms and munitions militia scheme. I explained the logic as to how I deduced this reasoning and there was no denial that there was no other sensible scenario regarding the ***Javino matter***. (Reword this sentence). My words were essentially "tell me in what reasonable world that a person I met by what I thought was chance on January 5th  that said he needed "leaders for one of his three busloads of men" would be present at the Capitol who was present on January 6th with what he stated to be "people inside" and later contact me incessantly asking me to engage in driving munitions across the country to New York and engage in additional actions at a Capitol building in in Michigan. I at one point stated that there were a litany of crimes that I would never engage in by driving a truckload of ammunition to multiple states for some insane purpose where innocent people were likely to be harmed.

19.     I discussed my experience with the DOJ attempting to cover up and lie to this Court about that matter and later paint it as some idea or engagement of my own by releasing some partial version on the record to be reported on by the lapdogs at the mainstream media.

20.   Then everything changed in an instant: I was asked during the conversation to "read between the lines" and understand their "offer" and how useful it could be to me to have agent Lucas and the FBI in my corner.

21.   Their "offer", kept going through my head. Their "offer", their "offer". How was I being made an "offer" to work for the FBI after all the things that have happened to me after stepping foot on the Capitol grounds over two years ago. Was I really being made an "offer" to work with or for the FBI, and how much should I be reading "between the lines" and understanding in this moment. At this time, I attempted to conceal what could have easily become a visible "tell" of my knowledge that these people were issuing demands, not offers.

22.   Then Lucas explained that he specifically "would be in my corner as someone I need and that he had the ability to and would knock on the door of an AUSA and help me in a future situation letting the AUSA know I work for him.

23.   I am really reading between the lines as told and realize the predicament the FBI has now created for me. Either I co-operate or comply with this so called "offer", or the FBI dreams up some new scheme and knocks on my door to arrest me for some other insanity they dream up.

24.   I realize what this agency has a history of doing to people who refuse their efforts and more so what those who expose three letter agency operations

receive. I am now in thrust into a new situation where the truth no longer matters if I choose to not "comply".

25.     I was then asked how my probation was going and the details of my relationship with my probation officer.

26.     As if the picture could not be made clearer, I was then specifically told "I did not need to tell anyone about our chat." I was also told not to tell anyone including probation, my counsel, and the court.  which again echoed with the magic words: "read between the lines".

27.     I did not like the way that I was asked each question, as it had obvious connotation beyond the genuine. It was more than a question by nature. I was asked to see and read between the lines, more than once.  I spoke openly and told the agent Lucas I was not a criminal and disgusted with the current system and the corruption within the government. Despite my disgust, I wanted to see if details of their "offer" would be discussed. I tried to seem interested and "play ball", and offered to help them arrest corrupt government officials. There was no response to that "offer" or "counter-offer". I made reference to scam artists that perpetrated schemes to cost little old ladies their homes.

28.     The goal could have been no clearer that I was being asked to work in some way with the FBI but specifically "WORK". I specifically asked what reason I would want to work for the FBI, and informed them I would never help them with

J6 individual or Defendants furthermore that they had taken more than the pound of flesh from the nation for the actions of January 6th.

29.     Then I got the real pitch, which consisted of (1) monetary rewards, (2) him in my corner, and (3) safety from further prosecution were available.

30.     Now false and "further prosecution" has been continually on my mind ever since this day. I wait to see what the next corrupt and morally bankrupt adventure in the hopes and dreams of the lawless empowered by their ability to navigate unchecked with impunity against citizens like me will be. And again – I know the truth does not matter to the government and their agencies nor to the United States Attorney's Office.  There is nothing illegal about my life, but it takes only the willingness of corrupt people to install a narrative and pursue a scheme to destroy a person and we the people witness their ability to get away with this time and again.

31.     In sum, this continual conversation began in the guard/visitor shack, carried on throughout our walk inside, into the small office, walk back to shack, and ended with an offer for lunch this coming week.

32.     I responded, "The Federal Government has been kind enough to pick up three meals a day for twenty days, that is more than enough." I was urged to make a call the following week after taking the weekend to consider the offer. I was torn, now in the proverbial rock and a hard place considering whether to meet with this person again or not to better understand my new normal.  I do not trust the

government agencies and have witnessed their corruption firsthand, furthermore I now fear their actions if I do not do what they ask of me. I do nothing that is illegal and need you to know I am doing this on some off chance I can be of service to something I believe would be the right thing. I will not in any way become a part of an ongoing FBI witch hunt going after "J6", and further bring my family down with me.

33.    Respectfully, I am requesting this Court to take this Declaration seriously, and revisit what I have been attempting to explain to your Honor since I hired Mr. Metcalf.  My life and FBI contact has risen to a level of outrageous government conduct, clearly displayed the inability for the court to trust my person and wellbeing to the care of the government behind walls and bars. They have exemplified and proven there is a nefarious and willful effort to engage in illegal conduct on behalf of the government that endangers by safety, freedom, liberty and rights to pursuit of happiness while I maintain exemplary performance as a ward of the Courts probation.  Your Honor should recognize the ongoing scenarios and predatory behavior of the government in the matter concerning efforts to engage me in illegal activity. The judge should immediately alter the sentencing for my safety or dismiss this case as she should have based on the outrageous government conduct back in November after learning the government withheld information, lied to this

Court, and the obvious tactics we know now that were designed to chill a defendant's right to an expectation of safety and not to fear the government.

### C. MY ON-GOING CONTINUING CO-OPERATION WITH MY PROBATION OFFICER

34.     I have always been honest and forthright with my probation officer, where there have been times that we spoke at length, during periodic supervisory visits to my house, even pertaining to my ongoing legal work with Condemned USA. I have specifically informed my probation officer of the efforts I have been involved in for J6 Defendants.  Probation knows that I am "open book" in regard to the work that I have conducted for those involved in January 6th.

35.     My probation officer has been inside my home office and seen the operation, case logs, white boards, notebooks, research posted, legal actions, filings, etc.

36.     My probation Officer and I engage in a part of that is consistent with *what I put on the record during my sentencing – clearly defining the efforts I am involved in, to date.*

37.      Specifically, on November 21, 2022, I informed this Court of the following:

> I formed a legal advocacy group. We are a legal, lawful LLC in the state of Texas. I have attorneys. I have paralegals. I have advocates. I have many different people that volunteer. I work in coordination with numerous organizations that are representing people in the matters of January 6th.

And we uphold those interests and help those people. So we continue pairing individuals and paralegals, investigators, legal counsel, use-of-force experts and more for January 6th and the events.

We -- members of our cooperative have uncovered more truths about January 6th than any other resources combined to date, to include the truth about the death of Benjamin Phillips, Kevin Greeson, Rosanne Boyland, Brian Sicknick and Ashli Babbitt -- all come from the collective works of that cooperative. All of those facts, your Honor, came from that group.

So -- I have made these services free when possible and raised money through donations to keep this nonprofit effort going. I do not make money from this, as alleged by the Government.

(*See* November 21, 2022 Sentencing Minutes at p. 116, ¶ 18 – p. 117, ¶ 13).

38.    Additionally, as I have informed this Court This is a part of my preparation for my run at a political campaign to be announced in the future.  I have been extremely open regarding my interest in legal advocacy and congressional matters and maintain that there is no cause for the United States Probation, the Courts, the Bureau of Prisons or the Government to dissuade, interfere, manipulate, or manage any engagements that may prevent my pursuit of legal activity, commerce, pursuit of justice, right to communicate with congress, partake in congressional investigations, provide information to the legislative branch or employer employee relationships.

39.     As I always have, even under oath, I contend that any efforts to curtail these activities are meant to dissuade and interfere with my rights and/or duties as an American citizen. My dutiful purpose is to provide information to the various committees of Congress or subcommittees that are now providing revelations previously unknown to this court and the world regarding January 6th. These efforts include involvement in investigations, expert knowledge, and in person visits by invitation of Congressional representatives.

40.     I believe in reviewing the transcripts that even this Court believed it was my duty to testify before the previous January 6th Select Committee, about which I agreed if you may remember at the original sentencing in October of 2022. I notified this court that I had been not only willing but demanding to testify to the committee. I was not able to expand on that matter previously but would like the court to note that my testimony under oath would have then and will in the future provide facts and truth to contradict contrived narratives and outright lies.  Possibly the same lies and narratives that caused this honorable court to believe I witnessed violence on January 6th.

41.     Further, Members of Congress or their representatives are in regular and even in some cases frequent communication with me for various purposes related to my expert knowledge relevant to January 6th. I believe this Court was correct in the matter of stating that overseeing my criminal case, also means there is

no ability to interfere in the matters of Congress and support your honors statement regarding "The Public's Right to Know". (*See* Sentencing Minutes).

42.    The rehabilitation is obvious as to my actions and how I choose to engage in the political process both in the court and through congress. I would like to thank the court for wishing me well in these efforts in our meeting during sentencing.  I believe this court would support the just position I take when I note my willingness to meet any challenges of government gerrymandering with civil actions and to the best of my legal ability hold accountable those who interfere with those duties, rights and obligations.

## D.  PRIOR TO MY SENTENCING

43.    Originally it was disclosed to this Court and raised numerous times that I took the actions, of which, my previous counsel was aware. Basically, the FBI and U.S. Marshalls were each engaged and the government was promptly notified by both counsel and the United States Marshalls office of the event the government falsely reported to the court to have no knowledge of prior to sentencing. My statements to include every word were factually and accurately represented to the court and led to the capture of an escaped fugitive involved in human trafficking and injury to a child who escaped from the bureau of prisons as shown to this court in previous filings.

44.    Yet, I could not get the credit I deserved, and at my own sentencing was falsely labeled by Mr. Valentini while representing the United States Government as a vigilante. Interestingly enough the government claims to have magically located documentation to substantiate the validity of my statements only the morning before the second of two sentencing hearings in which confirmation of the matter arrived by email at 8:05 in the morning. According to the U.S. Marshall Damien Fernandez the government was notified within the week of the event occurring August of 2021 created by Mr. Evans that led to the capture of said fugitive.

45.    This is not an isolated incident and provides yet another example of underhanded tactics that distract the focus of a defendant and strategy of counsel from important proceedings. I further contend that my attitude, statements, and the ultimate outcome of the sentencing would have been far different had I not been witness to the unethical, immoral, illegal, misconduct of the government.  These actions by the government affected the communications between me and my counsel beginning at the earliest stages and continued to irreparably taint the entirety of my decisions and focus. The shameful actions of the government caused disdain visible to the court and whether abusive or careless it is indisputable these actions happened and at a minimum lacked professional responsibility. The disdain overshadowed the proceedings and was perceived to be a lack of remorse for actions on January 6th. The government who was responsible for and caused the focus and frustration that

were so invasive and disruptive my messages as a defendant were off balance, unfocused and lacked the clear depiction the court deserved on numerous matters. The government sentencing memorandum placed a ridiculous focus on social media likes, shares, memes, and political free speech that had no relevance barring the exception of my tone and tenor influenced once again to the government conduct throughout these proceedings. The so called "mistakes" the government made which defamed me and at the time I believed to endanger  my family's and my individual safety by releasing misleading and absurdly redacted information to portray me as a public threat or someone who was plotting against the government with arms.  I do thank the court for the corrective action and reprimand to the government for those initial actions the government labeled as mere mistakes. I could only hope the court could resolve the even more egregious misrepresentations of the January 6th Committee and now ongoing actions of the FBI for their illegal and malicious actions.

46.    The status quo of the court is to dismiss these matters repeatedly as simple oversights on the part of the government. Unfortunately, the outcome is far different for the defendant as the focus turns the pursuit of truth in one matter into a paramount situation and distraction. The efforts to display the outrageous government conduct to the court became my focus.

47.     This occurrence was in its own yet another phenomenon that occurred only after months of back and forth between my prior counsel and the government regarding this important factual account. The government did everything in their power to avoid allowing this well documented truth to see the light of day in this court.

48.     This court is aware of another matter currently under seal that the government indicates an ongoing refusal to release to the public. I contend this is because the government is aware that the person, I once believed to be a real and present danger is more obviously an operative or confidential human source the government does not wish to have exposed either on or off-the-books.

49.     I present to the court the likelihood of a very detailed entrapment scheme was previously perpetrated against me in this second matter in which I took no interest, or part in any way.  I was and was immediately reporting such a matter to the government via my attorney due to the obvious threat and danger to public safety.

50.     I am referencing the significance and acknowledgement of this matter to show the court that the government has now gone so far as to engage in predatory behavior against me yet again. The Federal Bureau of Investigation is now emboldened by witnessing the contemptuous behavior of the government unchecked perpetrated against me.

51.    The now continuing theme of the government - while permitted to operate with deplorable impunity as it ignores the law tramples the rules set forth by this court.

52.    Again, the following disturbing events took place and created a matter that undermines the rule of law and success of my probation in various ways. First, a new FBI agent invited me to come to an FBI building for to collect my previously seized property in March of 2021.

53.    Second, I arrived and respectfully engaged with such agent under the belief that I was merely collecting my personal property at the agreed time in the visitor's entrance guard house.  During this time the agent took a lengthy approach to a simple process.  it was suggested that I could benefit if I were willing to work for the FBI as a resource.

54.    Third, even after some time I asked to use the restroom - and then was escorted to a room, about which appeared to be an interrogation room.  The small room had cameras, a desk and chairs and was used to suggest numerous that such was an interrogation room.

**E.    SUMMARY OF EVENTS**

55.    During my recent interaction with the FBI, I was told several different reasons why he should "work off the books" for the FBI. The first statements began

more as "offers", then suggestions and later what still perceive to this day as veiled threats.

56.     I was told specifically to realize how working for the government would and will "in the future" be to my advantage.

57.     I was told "you do not have to tell the Judge, Your Lawyer or your Probation officer . . . this can be just between us".  This action alone puts me in a unique and precarious position. Acquiesce to the will of the FBI or follow the rules of probation. I am writing this statement because I chose to follow the rules of the court. The statements the FBI made to me on this day have placed me in a position of essentially having to choose us over the court and what is in my best interest.  The obvious issue created by this tactic is I remain in fear that a weaponized federal agency can corruptly utilize power of me if I fail to do their bidding.

58.     I consistently do the right thing, and attempt to, again, bring another matter to this Court where the federal government yet again attempts to subvert not only the law but the very specific rules of the probation this court placed on me just seven months prior.

59.     I have to look out for me and my family and what is to come of me in the next 29 months that I am under probation, while the FBI wants me to consider the "future".  What do they mean by this and why am I in a predicament like this? I can see that the FBI refuses to answer questions, subpoenas and be accountable to

the oversight committee. What will stop this rogue agency from continuing their illegal path when dealing with an everyday citizen.   Only the courts remain to maintain law and order for individuals like me.

60.    Quite frankly I along with the average citizen are fed up with being held to account while those responsible for the enforcement are given free pass after free pass for matters that have even greater effects on our nation. I contend the very Department of Justice has again broken trust, faith, rules and laws. Removing me from the custody of a corrupted system is the path to justice unless the Department of Justice is to be held accountable as an organization for the miscarriages of justice I have experienced.  My safety, piece of mind, well being and respect for the system are all at stake.

61.    I would like the Court to note the original AUSA Christopher Brown was one of the members present in the courtroom during my sentencing proceedings. And in taking notes, he certainly had a responsibility to communicate any such findings or knowledge to the current AUSA Mr. Valentini.

62.    My obvious frustration and disgust with the government for what I believe to be disturbing corruption created confusion and contempt for the process in and of itself. Again, I was unable to adequately prepare and separate for this Court in my allocution and forementioned responses resulting from the overwhelming

burden placed on me by what is at least the obvious failure of the government and quite reasonably corruption and efforts to hide matters from this very court.

63.     Overall, I request this court to consider, I have always represented myself with respect, honesty, and candor to the court.

64.     When a new, questionable situation happened, my first thought was to inform the Court. My current attorney, Metcalf, was on trial at the time, but I nonetheless, documented this recent situation with him, and continued to be in contact with him and my probation officer about this encounter, and how to best present such this this Court.

65.     I cannot state this more straight forward than to inform this Court: I now fear even more that the federal government will retaliate against me for me not that providing them with information that "they want to hear".

66.     Moreover, I ask this Court to consider that numerous core staff depend on my daily leadership.

67.     Recent reorganization caused a turnover and I am the only remaining experienced and senior employee in this office.

68.     Such change at a drastic time, will also have a ripple effect, where the business is on tight measures.  The company, while understanding of my situation, recognizes now this unforeseen issue and the risks to the already damaged business. This was not previously a problem until the untimely separation of the two other

senior employees who shared ten years of experience. The loss of the two senior members means there is no experienced personnel and inadequate time to react to this devastating blow.

69.    Recent developments through communication with probation has alerted us to the damaging scenario created by the undue hardship of the lengthy travel time allowance of six hours to Houston, Texas one way, for check-in. One most account for the extreme Friday traffic that occurs in Houston, Texas to arrive to the facility in a timely manner to report.  Lengthy travel to check-in to the facility will cause me to be absent from work, beginning at lunch, every week on Friday. The travel aspect alone will essentially add four days and $1,000 in additional travel expenses to the Court's sentence, over the course of the intermittent confinement. This is far more damaging than it appears on the surface and is shaping up to impact me and my family for many more years and ways than the imposed sentence was designed to do. No less, if I lost my employment this would place undue hardship and serious financial strain on my wife and children who needless to say rely on me for support. I do not believe it is the intention of this Court for me to lose my employment and to create a long-term financial hardship.

70.    In light of this, I ask your Honor to reconsider my jail sentence condition, and consider my being able to serve such sentence with a monitor, as to

allow my family to remain safe; and as much of my employees to maintain a career with my office.

WHEREFORE, I respectfully request that the relief being requested is granted, and further relief as is just and proper.


*Treniss Evans*
_____

TRENISS EVANS